UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
NOREEN MARIE HEINEMANN

CASE NO. 04 B 14932

CHAPTER 13

JUDGE: A. BENJAMIN GOLDGAR

Debtor  
SSN XXX-XX-6813

---

## TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 04/15/04 and confirmed on 08/27/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 17168.64 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BANK ONE | SECURED | 5375.00 | 1017.57 | 5375.00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 1257.93 | .00 | 590.97 |
| ILLINOIS DEPT REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| ADULT PEDIATRIC ORTHOPED | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | 3239.89 | .00 | 1522.07 |
| CAPITAL ONE FINANCIAL | UNSECURED | 989.78 | .00 | 464.99 |
| CAPITAL ONE FINANCIAL | UNSECURED | 651.78 | .00 | 306.20 |
| CONDELL MEDICAL CENTER | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | 739.38 | .00 | 347.35 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1925.66 | .00 | 904.66 |
| ECAST SETTLEMENT CORPORA | UNSECURED | .00 | .00 | .00 |
| BANK ONE | UNSECURED | 6016.99 | .00 | 2826.73 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 5375.00 | .00 | 14821.41 | .00 | 20196.41 |
| PRINCIPAL PAID | 5375.00 | .00 | 6962.97 | .00 | 12337.97 |
| INTEREST PAID | 1017.57 | .00 | .00 | .00 | 1017.57 |
| TOTAL PAID | 6392.57 | .00 | 6962.97 | .00 | 13355.54 |

The Debtor's attorney, PETER FRANCIS GERACI        , was allowed $ 2700.00 and was paid $ 2700.00 .

The Trustee received $ 714.46 .

Refunds to the Debtor totaled $ 398.64 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 12/14/07                         /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```